UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MELECIO M. CARDONA,  )
              Petitioner,  ) Case No.  CV 15-9653-SJO(AJW)
v.  )
WARDEN,  ) JUDGMENT
              Respondent.  )

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 28, 2015

_____
S. James Otero
United States District Judge